**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jesus OCEGUEDA–URIBE,
Defendant—Appellant.**

**No. 04–10334.**

United States Court of Appeals,
Ninth Circuit.

---

Submitted Jan. 10, 2005.*

Decided Aug. 11, 2005.

Robert A. Bork, Esq., Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff-Appellee.

Arthur L. Allen, Esq., Federal Public Defender's Office, Las Vegas, NV, for Defendant-Appellant.

Before: BEEZER, HALL, and SILVERMAN, Circuit Judges.

ORDER and MEMORANDUM **

The petition for panel rehearing is GRANTED.

The Memorandum Disposition filed January 13, 2005, is withdrawn and replaced with the following Memorandum Disposition:

Jesus Ocegueda–Uribe appeals the sentence imposed following his guilty plea to illegal reentry of a deported alien in violation of 8 U.S.C. § 1326.

Because Ocegueda–Uribe was sentenced under the then-mandatory Sentencing Guidelines, and we cannot reliably determine from the record whether the sentence imposed would have been materially different had the district court known that the Guidelines were advisory, we remand to the district court to answer that question, and to proceed pursuant to *United States v. Ameline*, 409 F.3d 1073, 1084 (9th Cir.2005) (en banc). *See United States v. Moreno–Hernandez*, No. 03–30387, 2005 WL 1560269, *9 (extending *Ameline*'s limited remand procedure to cases involving non-constitutional *Booker* error).

**REMÁNDED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

